UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MURPHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.<br><br>　　　　　Defendant. | Case No. 1:19-cv-01577-LJO-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR ATTORNEYS' FEES<br><br>(Doc. Nos. 6, 14) |

Plaintiff Tom Murphy ("Plaintiff") initiated this action in state court on November 5, 2018. (Doc. No. 1.) Defendant removed the matter to this Court on November 4, 2019. (*Id.*) On November 8, 2019, Plaintiff filed a motion seeking to remand this action to state court and requesting an award of fees and costs. (Doc. No. 6.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2019, the assigned magistrate judge entered findings and recommendations recommending that Plaintiff's motion to remand be denied. (Doc. No. 14.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days. (*Id.*) The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations entered December 17, 2019 (Doc. No. 14) are ADOPTED IN FULL;
2. Plaintiff's motion to remand (Doc. No. 6) is DENIED; and
3. Plaintiff's request for attorneys' fees and costs (Doc. No. 6) is DENIED.

IT IS SO ORDERED.

Dated: **January 9, 2020**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE