James Thompson (SBN 240979)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
628-600-2250 (Telephone)
628-221-5828 (Facsimile)
jimthompson@beneschlaw.com

Kevin M. Capuzzi (*Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801-1611
302-442-7010 (Telephone)
302-442-7012 (Facsimile)
kcapuzzi@beneschlaw.com

*Attorneys for Defendant Amazon.com, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOM MURPHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Case No. 1:19-cv-01577-NONE-BAM<br><br>**DESIGNATION OF COUNSEL** |

Defendant Amazon.com, Inc. hereby designates the following attorney from Benesch Friedlander Coplan & Aronoff, LLP as counsel for service in this action:

Name: James Thompson (CA Bar No. 240979)

The following attorney is no longer counsel of record in this action:

Name: Reed Lyon

Dated:  January 25, 2022          BENESCH, FRIEDLANDER, COPLAN
                                                          & ARONOFF LLP

*s/James Thompson*
James Thompson (SBN 240979)
Kevin M. Capuzzi (*Pro Hac Vice*)

*Attorneys for Defendant Amazon.com, Inc.*